UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DOUGLAS WYLIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPECTRUM PAINT EAST, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 2:22-cv-3009-DCN-MHC |

**STIPULATION OF DISMISSAL**

WHEREAS, Rule 41 of the Federal Rules of Civil Procedure authorizes a Plaintiff to dismiss an action by stipulation of the parties; and

WHEREAS, it is the desire of the parties to this action that it be dismissed without prejudice, with each party bearing its own costs and attorney's fees;

IT IS NOW THEREFORE STIPULATED AND AGREED by and between the Plaintiff and Defendant that this action is hereby dismissed WITHOUT PREJUDICE, with all parties to bear their own costs and attorney's fees.

SO STIPULATED, this 20th of October 2022.

| | |
|---|---|
| s/ David A. Nauheim | s/Cara Y. Crotty |
| David A. Nauheim, Fed ID #12551 | Cara Y. Crotty, Fed ID #6869 |
| Joshua Mangan, Fed ID #13351 | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| NAUHEIM LAW OFFICE, LLC. | 1301 Gervais Street, Suite 1020 |
| Post Office Box 31458 | Columbia, SC 29201 |
| Charleston, SC 29417 | 803-256-3200 / Fax 803-667-4120 |
| 843-534-5084 / Fax 843-350-3572 | ccrotty@constangy.com |
| david@nauheimlaw.com | |
| josh@nauheimlaw.com | ***Attorneys for Defendant*** |
| | |
| ***Attorneys for Plaintiff*** | |